# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 99 MM 2014

Respondent

v.

BARRY WATTERS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.